UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:20-CV-10962-AJN

LUIGI GIROTTO

    Plaintiff,

vs.

JAMES PERSE ENTERPRISES, INC., a California Corporation, d/b/a JAMES PERSE, and TAMARA PROPERTIES, INC., a New York corporation, and GOMIDAS HOLDING CORP., a New York Corporation,

    Defendant.
_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2021

## ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court on the Plaintiff, Luigi Girotto ("Plaintiff"), and James Perse Enterprises, Inc.'s ("Defendant") Joint Stipulation of Dismissal *with Prejudice*, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, hereby **ORDERS AND ADJUDGES**:

1. The above-styled action is hereby **DISMISSED *WITH PREJUDICE*** as to all Defendants;

2. The Clerk shall deny any pending Motions as moot; and

3. Each party shall bear its and his own attorneys' fees, expert fees, paralegals' fees, and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers at New York, New York this 7th day of May, 2021.

    */s/ Alison J. Nathan*
_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record

56824050;1